1  Michael S. Warda, CSB #176360
2  MICHAEL S. WARDA,
   A Professional Law Corporation
3  2350 W. Monte Vista Avenue
4  Turlock, California 95382
   Telephone: (209) 667-1889
5  Fax: (209) 667-1809

6  Attorney for Plaintiff
7  GUARANTY HOLDINGS OF CALIFORNIA, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| GUARANTY HOLDINGS OF CALIFORNIA, INC., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RESORT AT LAKE TULLOCH, LLC, a California limited liability company, BERNADETTE FRANCINE CATTANEO, JASON GIAMBI, DAN HOLMES, CRAIG DAVID ROBINSON, CHRISTOPHER DUFRESNE and ESTATE OF SYLVIA BROWN; and DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-00456-NONE-EPG<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court having reviewed Plaintiff, GUARANTY HOLDINGS OF CALIFORNIA, INC., LLC, a California limited liability company, request for an extension of time in which to submit their Response to the Court's Order to Show Cause Why Case Should not be Dismissed

1

for Lack of Subject Matter Jurisdiction issued on April 2, 2020, and having found sufficient cause to grant the extension, the Court hereby grants a fourteen (14) day extension of time for Plaintiff, GUARANTY HOLDINGS OF CALIFORNIA, INC., a California limited liability company to file their Response to the Court's Order to Show Cause Why Case Should not be Dismissed for Lack of Subject Matter Jurisdiction

IT IS SO ORDERED.

Dated:   **April 16, 2020**                              _Dale A. Drozd_
                                                    UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION