UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARANTY HOLDINGS OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESORT AT LAKE TULLOCH, LLC, et al.,<br><br>Defendants. | Case No.  1:20-cv-00456-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 10) |

On May 1, 2020, Plaintiff, Guaranty Holdings of California, LLC, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 10.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). All deadlines and hearings are accordingly vacated and the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**May 4, 2020**__          /s/ _Erica P. Grosjean_
                                UNITED STATES MAGISTRATE JUDGE